IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PARICHART RUANGSANG,<br>Plaintiff, | CIVIL ACTION |
| v. | |
| WHITE ORCHIDS THAI CUISINE, LLC,<br>Defendant. | NO. 18-4771 |

### O R D E R

**AND NOW**, this 21st day of March, 2019, upon consideration of the Joint Motion to Approve Consent Judgment (ECF No. 3), **IT IS ORDERED** that the parties shall publicly file a copy of the proposed settlement agreement in this case. *See Lyons v. Gerhard's Inc.*, 2015 WL 4378514, at *3 (E.D. Pa. 2015) ("[I]n FLSA wage-settlement cases . . . courts should require that parties file proposed settlements on the public docket unless there are very compelling reasons to override the strong presumption that FLSA settlements should be available for public view.").

BY THE COURT:

_____
WENDY BEETLESTONE, J.